UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EDWARD PLUTZER, on behalf of the Tharanco Group, Inc. Employee Stock Ownership Plan, and on behalf of a class of all other persons similarly situated,

                         Plaintiff,

-against-                                         21 **CIVIL** 3632 (MKV)

                                                                     **JUDGMENT**

BANKERS TRUST COMPANY OF SOUTH DAKOTA, a South Dakota Limited Liability Corporation, HARESH T. THARANI, MICHAEL J. SETOLA, SCOTT KANE, and MANU MIRCHANDANI,

                        Defendants.
------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated February 28, 2022, the Court concludes that Plaintiff has not made a showing of Article III standing sufficient to bring this suit. As such, the Court is without subject matter jurisdiction to adjudicate the merits. Plaintiff's Complaint is therefore DISMISSED WITHOUT PREJUDICE. Defendants' motions for oral argument are denied; accordingly, the case is closed.

**Dated:**  New York, New York

      March 1, 2022

                                                       **RUBY J. KRAJICK**

                                                       **Clerk of Court**
                          **BY:**      K. Mango

                                                       **Deputy Clerk**